IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CURLY LEE WOMACK,
ADC #100281                                                                                   PLAINTIFF

v.                              Case No. 4:10-cv-533-DPM-JTR

J. BELL, Deputy Jailer, Pulaski
County Jail; DOC HOLLADAY,
Sheriff, Pulaski County; BERRY,
Sergeant, Pulaski County Jail; and
HOBBS, Lieutenant, Shift Supervisor,
Pulaski County Jail                                                                        DEFENDANTS

ORDER

The Court has carefully reviewed the Proposed Findings and Recommended Partial Disposition from Magistrate Judge J. Thomas Ray. Womack has not filed any objections. The Court sees no legal error and no clear error of fact on the face of this record as a whole. FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition). The Court therefore adopts Magistrate Judge Ray's proposed findings and partial recommended disposition, *Document No. 7*, as its own. Womack may proceed with his excessive-force claim against Defendant Bell. 28 U.S.C.A. § 1915A (West 2006). The Clerk is directed to prepare a summons for Defendant Bell. The U.S. Marshal is directed to serve the summons, complaint, amended

complaint, and this Order upon Bell without prepayment of fees and costs or security therefor.* All other claims and Defendants are dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C.A. § 1915(a)(3) (West 2006).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 Sept. 2010

---

*If Defendant Bell is no longer a Pulaski County employee, the individual responding to service shall file, with the return of unexecuted service, a **SEALED** statement providing Defendant Bell's last known private mailing address.

2