**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CURLY LEE WOMACK
ADC #100281                                                                                                         PLAINTIFF

V.                                          4:10CV00533 JTR

JESSICA BELL, Deputy Jailer,
Pulaski County Detention Center                                                                         DEFENDANT

**ORDER**

Plaintiff, Curly Lee Womack, has commenced this *pro se* §1983 action alleging that Defendant Jessica Bell used excessive force against him while he was confined in the Pulaski County Detention Center. *See* docket entries #2 and #5.

On March 2, 2011, the Court entered a Scheduling Order setting this case for a consent, non-jury trial on August 9, 2011. *See* docket entry #20. On March 9, 2011, the Scheduling Order was returned to the Court as undeliverable because Plaintiff has been released from the Arkansas Department of Correction. *See* docket entry #22. Plaintiff has not provided the Court with a forwarding address, despite the fact that he has previously been advised that he must keep the Court apprised of his current mailing address. *See* docket entry #3.

Additionally, the Court's records demonstrate that Plaintiff owes $308.47 of the $350 filing fee. In light of his recent release, it is unclear whether Plaintiff is still entitled to proceed *in forma pauperis*.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to mail Plaintiff a freeworld Application to Proceed *In Forma Pauperis*.

2.	Plaintiff shall, **within thirty days of the entry of this Order**, file: (a) a Statement indicating whether he would like to proceed with this action; and (b) a properly completed Application to Proceed *In Forma Pauperis.*

3.	Plaintiff is advised that if he fails to timely and properly do so, the August 9, 2011 trial will be canceled, and this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 18th day of March, 2011.

                                                                          UNITED STATES MAGISTRATE JUDGE