**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CURLY LEE WOMACK
ADC #100281                                                                                                PLAINTIFF

V.                                          4:10CV00533 JTR

JESSICA BELL, Deputy Jailer,
Pulaski County Detention Center                                                              DEFENDANT

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's March 18, 2011 Order. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 21st day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE